UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sunil K. Sabharwal,

    Plaintiff,

v.                                                       Case No. 11-13138

Chase Home Finance, LLC, *et al.*,         Honorable Sean F. Cox

    Defendants.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION
## AND GRANTING DEFENDANTS' MOTION TO DISMISS

Acting *pro se*, Plaintiff filed suit against Defendants in Oakland County Circuit Court. Defendants removed the matter to this Court on July 20, 2011.

On October 19, 2011, Defendants filed a Motion to Dismiss. (Docket Entry No. 7)

On January 9, 2012, this Court referred the Motion to Dismiss to Magistrate Judge Mark Randon for issuance of a Report and Recommendation ("R&R").

On March 7, 2012, Magistrate Judge Randon issued his R&R, recommending that the Court grant Defendants' Motion to Dismiss and dismiss this action with prejudice.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections to the R&R.

The Court hereby ADOPTS the March 7, 2012 R&R. IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED and this action shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


Dated: March 28, 2012                               S/ Sean F. Cox
                                                    Sean F. Cox
                                                    U. S. District Court Judge


I hereby certify that on March 28, 2012, the foregoing document was served upon counsel of record by electronic means and upon Sunil Sabharwal by First Class Mail at the address below:

Sunil K Sabharwal
475 Whitney Drive
Rochester Hills, MI 48307

Dated: March 28, 2012                               S/ Jennifer Hernandez
                                                    Case Manager